

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00135-CV

| | | |
|---|---|---|
| ROBERT WILLIAM SCOTT BAUER; BRAXTON MINERALS, L.L.C.; AND BRAXTON MINERALS II, L.L.C., Appellants | § | On Appeal from the 17th District Court |
| | § | of Tarrant County (017-291527-17) |
| v. | § | May 23, 2019 |
| JOHN BRADLEY ASHBURN AND POST OAK APPALACHIA, L.L.C., Appellees | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM